**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
DEC 2 4 2014
JEFFREY P. ALLSTEADT, CLERK
PS REP. - CK

**Fill in this information to identify your case:**

Debtor 1 _Rodney_ _Field_
First Name   Middle Name   Last Name

Debtor 2 _____
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number _14-45724_
(if known)

☐ Check if this is an amended filing

Official Form B 3B

# Application to Have the Chapter 7 Filing Fee Waived                    12/14

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

## Part 1:   Tell the Court About Your Family and Your Family's Income

**1. What is the size of your family?**
*Your family* includes you, your spouse, and any dependents listed on *Schedule J: Current Expenditures of Individual Debtor(s)* (Official Form 6J).

*Check all that apply:*
☑ You
☐ Your spouse
☐ Your dependents        _0_
How many dependents?

_1_
Total number of people

**2. Fill in your family's average monthly income.**

Include your spouse's income if your spouse is living with you, even if your spouse is not filing.

Do not include your spouse's income if you are separated and your spouse is not filing with you.

Add your income and your spouse's income. Include the value (if known) of any non-cash governmental assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.

If you have already filled out *Schedule I: Your Income*, see line 10 of that schedule.

Subtract any non-cash governmental assistance that you included above.

**Your family's average monthly net income**

That person's average monthly net income (take-home pay)

You ................. $ _0_

Your spouse ... + $ _0_

Subtotal ........... $ _0_

— $ _0_

Total ................. $ _0_

**3. Do you receive non-cash governmental assistance?**
☑ No
☐ Yes. Describe ...........

Type of assistance

**4. Do you expect your family's average monthly net income to increase or decrease by more than 10% during the next 6 months?**
☑ No
☐ Yes. Explain. .............

**5. Tell the court why you are unable to pay the filing fee in installments within 120 days.** If you have some additional circumstances that cause you to not be able to pay your filing fee in installments, explain them.

No funds

Debtor 1    _Rodney Field_

First Name    Middle Name    Last Name          Case number (if known) _____

## Part 2: Tell the Court About Your Monthly Expenses

**6. Estimate your average monthly expenses.**

Include amounts paid by any government assistance that you
reported on line 2.                                              $ _____0_____

If you have already filled out *Schedule J, Your Expenses,* copy
line 22 from that form.

**7. Do these expenses cover anyone
who is not included in your family
as reported in line 1?**

☒ No
☐ Yes. Identify who ........

**8. Does anyone other than you
regularly pay any of these
expenses?**

If you have already filled out
*Schedule I: Your Income,* copy the
total from line 11.

☒ No
☐ Yes. How much do you regularly receive as contributions? $_____ monthly

**9. Do you expect your average
monthly expenses to increase or
decrease by more than 10% during
the next 6 months?**

☒ No
☐ Yes. Explain ...............

## Part 3: Tell the Court About Your Property

If you have already filled out *Schedule A: Real Property (Official Form B 6A)* and *Schedule B: Personal Property (Official Form B 6B),*
attach copies to this application and go to Part 4.

**10. How much cash do you have?**
*Examples:* Money you have in
your wallet, in your home, and on
hand when you file this application

Cash:                    $ ____0_____

**11. Bank accounts and other deposits
of money?**
*Examples:* Checking, savings,
money market, or other financial
accounts; certificates of deposit;
shares in banks, credit unions,
brokerage houses, and other
similar institutions. If you have
more than one account with the
same institution, list each. Do not
include 401(k) and IRA accounts.

| | Institution name: | Amount: |
|---|---|---|
| Checking account: | | $ 0 |
| Savings account: | | $ 0 |
| Other financial accounts: | | $ 0 |
| Other financial accounts: | | $ 0 |

**12. Your home?** (if you own it outright or
are purchasing it)

*Examples:* House, condominium,
manufactured home, or mobile home

Number   Street                                Current value: $ 0

City              State    ZIP Code    Amount you owe
on mortgage and   $ 0
liens:

**13. Other real estate?**

Number   Street                                Current value: $ 0

City              State    ZIP Code    Amount you owe
on mortgage and   $ 0
liens:

**14. The vehicles you own?**

*Examples:* Cars, vans, trucks,
sports utility vehicles, motorcycles,
tractors, boats

Make: _____
Model: _____
Year: _____          Current value: $ 0
Mileage: _____      Amount you owe
on liens:      $ 0

Make: _____
Model: _____
Year: _____          Current value: $ 0
Mileage: _____      Amount you owe
on liens:      $ 0

Debtor 1 _Rodney Field_

First Name    Middle Name    Last Name

Case number (if known) _____

**15. Other assets?**

Do not include household items and clothing.

**Describe the other assets:**

Current value: $ 0

Amount you owe on liens: $ 0

**16. Money or property due you?**

*Examples*: Tax refunds, past due or lump sum alimony, spousal support, child support, maintenance, divorce or property settlements, Social Security benefits, Workers' compensation, personal injury recovery

**Who owes you the money or property?**

_____

_____

**How much is owed?**

$ _____

$ _____

Do you believe you will likely receive payment in the next 180 days?

☑ No

☐ Yes. Explain:

---

| Part 4: | Answer These Additional Questions |

**17. Have you paid anyone for services for this case, including filling out this application, the bankruptcy filing package, or the schedules?**

☑ No

☐ Yes. **Whom did you pay?** *Check all that apply:*

☐ An attorney

☐ A bankruptcy petition preparer, paralegal, or typing service

☐ Someone else _____

**How much did you pay?**

$ 0

**18. Have you promised to pay or do you expect to pay someone for services for your bankruptcy case?**

☑ No

☐ Yes. **Whom do you expect to pay?** *Check all that apply:*

☐ An attorney

☐ A bankruptcy petition preparer, paralegal, or typing service

☐ Someone else _____

**How much do you expect to pay?**

$ 0

**19. Has anyone paid someone on your behalf for services for this case?**

☑ No

☐ Yes. **Who was paid on your behalf?** *Check all that apply:*

☐ An attorney

☐ A bankruptcy petition preparer, paralegal, or typing service

☐ Someone else _____

**Who paid?** *Check all that apply:*

☐ Parent

☐ Brother or sister

☐ Friend

☐ Pastor or clergy

☐ Someone else _____

**How much did someone else pay?**

$ 0

**20. Have you filed for bankruptcy within the last 8 years?**

☑ No

☐ Yes. District _____ When _____ Case number _____
MM/ DD/ YYYY

District _____ When _____ Case number _____
MM/ DD/ YYYY

District _____ When _____ Case number _____
MM/ DD/ YYYY

---

| Part 5: | Sign Below |

By signing here under penalty of perjury, I declare that I cannot afford to pay the filing fee either in full or in installments. I also declare that the information I provided in this application is true and correct.

x _Rodney Field_

Signature of Debtor 1

Date 12/24/14
MM / DD /YYYY

x _____

Signature of Debtor 2

Date _____
MM / DD / YYYY

---

Fill in this information to identify the case:

Debtor 1  Rodney        Fiell
          First Name    Middle Name        Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: _____ District of _____
                                                              (State)
Case number  14-45724
(if known)

# Order on the Application to Have the Chapter 7 Filing Fee Waived

After considering the debtor's *Application to Have the Chapter 7 Filing Fee Waived* (Official Form B 3B), the court orders
that the application is:

[ ] **Granted.** However, the court may order the debtor to pay the fee in the future if developments in
administering the bankruptcy case show that the waiver was unwarranted.

[ ] **Denied**. The debtor must pay the filing fee according to the following terms:

| You must pay... | On or before this date... |
|---|---|
| $_____ | _____ Month / day / year |
| $_____ | _____ Month / day / year |
| $_____ | _____ Month / day / year |
| + $_____ | _____ Month / day / year |
| **Total** | |

If the debtor would like to propose a different payment timetable, the debtor must file a
motion promptly with a payment proposal. The debtor may use *Application for Individuals to
Pay the Filing Fee in Installments* (Official Form B 3A) for this purpose. The court will
consider it.

The debtor must pay the entire filing fee before making any more payments or transferring any
more property to an attorney, bankruptcy petition preparer, or anyone else in connection with the
bankruptcy case. The debtor must also pay the entire filing fee to receive a discharge. If the
debtor does not make any payment when it is due, the bankruptcy case may be dismissed and
the debtor's rights in future bankruptcy cases may be affected.

[ ] **Scheduled for hearing.**

A hearing to consider the debtor's application will be held

on _____ at _____ AM / PM at _____.
    Month / day / year                              Address of courthouse

If the debtor does not appear at this hearing, the court may deny the application.

_____                    By the court: _____
Month / day / year                                United States Bankruptcy Judge